UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-335 (JAG) |
| Plaintiff, | : | |
| -vs- | : | **CONSENT ORDER DIRECTING RETURN OF DEFENDANT'S** |
| GEORGE MORGAN, | : | **PASSPORT** |
| Defendant. | : | |

**THIS MATTER**, having been opened to the Court on behalf of defendant, George Morgan (Joshua P. Cohn, CJA counsel appearing) with the consent of the United States (Hope Olds, AUSA appearing); and defendant having surrendered his Passport to Pretrial Services as a condition of bail; and the Court having entered a Judgment of Conviction on June 6, 2008; and for good cause being shown:

**IT IS** on this ___2ND___ day of ___July___, 2008

**HEREBY ORDERED** as follows:

1. Defendant's passport shall be returned to him by Pretrial Services within a reasonable period of time from the date of the entry of this Order.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

The undersigned hereby consents
to the form and entry of the
within order.

_____
HOPE OLDS, AUSA