PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: George Morgan                                              Cr.: 07-00642-001

Name of Sentencing Judicial Officer:  Honorable Jose L. Linares
                                      United States District Judge

Date of Original Sentence: 06/06/08

Original Offense: Extortion Under Official Right

Original Sentence: Probation - 2 years; Special Assessment - $100; Home Confinement with Electronic Monitoring - 6 months: Financial Disclosure; No New Debt; DNA Collection

Type of Supervision: Probation                          Date Supervision Commenced: 06/06/08

Assistant U.S. Attorney: Hope S. Olds                   Defense Attorney: Joshua P. Cohn

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1.                 The offender violated the supervision condition which states: '**The defendant shall not commit another federal, state, or local crime during the term of supervision.**'

                   On April 19, 2009, the offender was arrested by the New Jersey State Police, Bass River Station, New Gretna, New Jersey, and charged with Driving While Intoxicated. The aforementioned charge against the offender is pending, and he is scheduled to appear in Toms River Municipal Court, Toms River, New Jersey, on June 3, 2009.

U.S. Probation Officer Action:

The U.S. Probation Office will intensify the offender's supervision and will advise the Court accordingly of any future noncompliant behavior. We are awaiting adjudication of the pending charges against the offender, prior to requesting any court intervention.

PROB 12A - Page 2
George Morgan

No Court action is recommended at this time.

Respectfully submitted,

By: Denise E. Valletto-Haywood
U.S. Probation Officer
Date: 05/26/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] No Action Required
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

5/28/09
_____
Date